No. 01A557. WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL. *v.* GUARDIANSHIP ESTATE OF KEFFELER ET AL. The Solicitor General is invited to file a brief in this case expressing the views of the United States on or before 3 p.m., Friday, March 1, 2002.

No. 00–1406. CHEVRON U. S. A. INC. *v.* ECHAZABAL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 991.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1737. WATCHTOWER BIBLE & TRACT SOCIETY OF NEW YORK, INC., ET AL. *v.* VILLAGE OF STRATTON ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 971.] Motion of Ohio et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 00–8452. ATKINS *v.* VIRGINIA. Sup. Ct. Va. [Certiorari granted, 533 U. S. 976.] Motion for appointment of counsel granted, and it is ordered that Robert E. Lee, of Charlottesville, Va., be appointed to serve as counsel for petitioner in this case.

No. 01–298. LAPIDES *v.* BOARD OF REGENTS OF UNIVERSITY SYSTEM OF GEORGIA ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 991.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Texas et al. for leave to participate in oral argument as *amici curiae* and for divided argument granted.

No. 01–7662. MILLER-EL *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.